AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 3:26 mj 58 | Date and time warrant executed: 14 April 2026 07:50AM | Copy of warrant and inventory left with: MARCO OCHOA |
|---|---|---|

Inventory made in the presence of :
MARCO OCHOA

Inventory of the property taken and name of any person(s) seized:

1 - DRONE AND DRONE RELATED ACCESSORIES, AND DRONE PELICAN CASE. DRONE S/N: 3N33J91092W075

2 - 4TB SCAN DISK HARD DRIVE S/N: 2538K4A01B47

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/14/2026

_____
Executing officer's signature

JOSEPH Fialka    TFO
_____
Printed name and title

# UNITED STATES DISTRICT COURT
### for the
Western District of North Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>11957 Ridgeway Park Drive, Charlotte, NC; a 2022<br>Hyundai Tucson vehicle; and a DJI Unmanned Aircraft<br>System | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No.   3:26 mj 58 |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____North Carolina_____ *(identify the person or describe the property to be searched and give its location)*:

See Attachments A-1 and A-2, incorporated by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachments B-1 and B-2, incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____April 23, 2026_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Hon. David C. Keesler_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   4/9/26 2:30 PM      *(signature)*
                                                         *Judge's signature*

City and state:   Charlotte, North Carolina              Hon. David C. Keesler, U.S. Magistrate Judge
                                                                *Printed name and title*